THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANOIEL KHORSHID
Assistant United States Attorney
California Bar Number: 223912
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6086
    Facsimile: (213) 894-7819
    Email: Anoiel.Khorshid@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIRAMAR CONSTRUCTION, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and MICHAEL B. MUKASEY, in his original capacity as Attorney General,<br><br>    Defendants. | Case No. CV 08-01518 GAF (AGRx)<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME TO FILE AN ANSWER, MOTION, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>[Local Rules 7-2 & 52-9]<br><br>Honorable Gary A. Fees |

    Pursuant to Local Rules 7-2 and 52-9 of the Local Rules of the Central District of California,

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that the time for the Federal Defendants to answer or otherwise respond to the Complaint in this action should be extended thirty (30) days in order to allow Plaintiff to review the documents produced by the Federal Defendants in response to Plaintiff's Freedom of Information Act

("FOIA") request.[1]

On May 1, 2008, the parties, through the undersigned counsel stipulated and requested a thirty day extension in order to allow the Federal Defendants additional time to confer with the agency counsel and appropriate FOIA officer to compile and review the documents at issue. On May 2, 2008, the Court granted the parties' request for an extension of time for the Federal Defendants to file their initial responsive pleading. Following this stipulation, in an effort to seek resolution of this matter as expeditiously as possible and with minimal use of the Court's resources, the Plaintiff and Federal Defendants also agreed to permit Federal Defendants to produce the documents at issue prior to their filing an initial responsive pleading.

The Federal Defendants compiled and reviewed the documents at issue and on June 3, 2008, the Federal Defendants produced over 1000 pages of documents and a compact disc containing additional documents to Plaintiff's counsel. The parties now seek a thirty day extension to provide Plaintiff's counsel the opportunity to review these documents and for the Federal Defendants to file (if necessary) their initial responsive pleading after Plaintiff's counsel has reviewed the documents.

///
///
///
///
///
///
///

---

[1] This is an action brought by the Plaintiff pursuant to the FOIA, 5 U.S.C. § 552, *et seq.*, seeking the disclosure of documents or portions of documents allegedly improperly withheld by the Federal Bureau of Prisons ("FBOP") in response to requests purportedly made by the Plaintiff pursuant to the Freedom of Information Act to the FBOP.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the last day by which the Federal Defendants shall answer or otherwise respond to the Complaint in this action should be extended to July 7, 2008.

Dated: June 5, 2008

Kirkpatrick & Lockhart Preston Gates Ellis LLP

TIMOTHY L. PIERCE
R. MICHAEL VIAYRA, JR.

Attorneys for Plaintiff Miramar Construction, Inc.

Dated: June 4, 2008

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Anoiel Khorshid

ANOIEL KHORSHID
Assistant United States Attorney

Attorneys for Federal Defendants