THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANOIEL KHORSHID
Assistant United States Attorney
California Bar Number:  223912
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:   (213) 894-6086
    Facsimile:   (213) 894-7819
    Email: Anoiel.Khorshid@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIRAMAR CONSTRUCTION, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE and MICHAEL B. MUKASEY, in his official capacity as Attorney General, <br><br> Defendants. | Case No. CV 08-01518 GAF (AGRx) <br><br> **FOURTH STIPULATION FOR EXTENSION OF TIME TO FILE AN ANSWER, MOTION, OR OTHERWISE RESPOND TO COMPLAINT** <br><br> [Local Rules 7-2 & 52-9] <br><br> Honorable Gary A. Feess |

Pursuant to Local Rules 7-1 and 52-9 of the Local Rules of the Central District of California,

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that the time for the Federal Defendants to answer or otherwise respond to the Complaint in this action should be extended thirty (30) days in order to allow the parties, through the undersigned counsel, to continue discussions regarding fees and costs related to Plaintiff's

1 Freedom of Information Act ("FOIA") request and documents produced by the

2 Federal Defendants in response to that request.[1]

3         To date, thousands of pages of documents have been produced by the Federal

4 Defendants to Plaintiff.  The Court has granted previous requests from the parties to

5 permit the Federal Defendants to compile, review, and produce these documents and

6 to provide Plaintiff's counsel the opportunity to review these documents. Parties now

7 request a final extension of time in order to provide the undersigned counsel with

8 time to discuss the fees and costs related to Plaintiff's FOIA request.  This request is

9 made in an effort to seek resolution of this matter and with minimal use of the Court's

10 resources.  No further requests for extension of time will be made.

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24

25     [1] This is an action brought by the Plaintiff pursuant to the FOIA, 5 U.S.C. §
552, *et seq.*, seeking the disclosure of documents or portions of documents

26 allegedly improperly withheld by the Federal Bureau of Prisons ("FBOP") in
response to requests purportedly made by the Plaintiff pursuant to the Freedom of

27 Information Act to the FBOP.

28

1    THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the last

2    day by which the Federal Defendants shall answer or otherwise respond to the

3    Complaint in this action should be extended up to and including September 15, 2008.

4

5

6    Dated:  August 14, 2008              K&L GATES LLP

7
                                          //s//
8                                         _____
                                          TIMOTHY L. PIERCE
9                                         R. MICHAEL VIAYRA, JR.

10                                        Attorneys for Plaintiff Miramar Construction,
                                          Inc.
11

12

13   Dated: August 14, 2008              THOMAS P. O'BRIEN
                                          United States Attorney
14                                        LEON W. WEIDMAN
                                          Assistant United States Attorney
15                                        Chief, Civil Division

16                                             //s//
                                          _____
17                                        ANOIEL KHORSHID
                                          Assistant United States Attorney
18
                                          Attorneys for Federal Defendants
19

20

21

22

23

24

25

26

27

28                              -3-